UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELAINE L. CHAO,**<br>Secretary of the United States<br>Department of Labor<br>200 Constitution Ave., N.W.<br>Washington, D.C. 20210,<br><br>          Plaintiff,<br><br>     v.<br><br>**THE UNION LABOR LIFE<br>INSURANCE COMPANY,**<br><br>          Defendant. | **Civil Action No.** |

### JOINT MOTION FOR ENTRY OF CONSENT DECREE
### AND STATEMENT OF SUPPORTING POINTS AND AUTHORITY

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7, Plaintiff Elaine L. Chao, Secretary of the United States Department of Labor (the "Secretary"), and Defendant, The Union Labor Life Insurance Company ("Union Labor Life"), jointly request that the Court enter as the Court's final judgment in this action the proposed Consent Decree that accompanies this Motion. The grounds supporting the requested relief are set forth more fully in the text of the proposed Consent Decree.

November 16, 2007                           Respectfully submitted,


JONATHAN L. SNARE
Acting Solicitor of Labor

TIMOTHY D. HAUSER
Associate Solicitor
Plan Benefits Security Division
DONALD NEELY
Trial Attorney
Office of the Solicitor
Philadelphia, PA

_____           _____
KRISTEN LINDBERG                    THOMAS S. GIGOT
Trial Attorney                      D.C. Bar No. 384668
U. S. Department of Labor           Groom Law Group, Chartered
Office of the Solicitor             1701 Pennsylvania Avenue, N.W.
Plan Benefits Security Division     Washington, D.C. 20006
200 Constitution Avenue, NW         (202) 861-6624
Room N-4611                         (202) 659-4503 (fax)
Washington, DC 20210
(202) 693-5600                      JEFFREY A. MISHKIN
(202) 693-5610 (fax)                PETER S. JULIAN
                                    Skadden, Arps, Slate, Meagher
Attorneys for the Plaintiff         and Flom LLP
                                    1440 New York Avenue, N.W.
                                    Washington, D.C.  20005
                                    (202) 371-7000
                                    (202) 393-5760 (fax)

                                    Attorneys for the Defendant