UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO,<br>Secretary of the United States<br>Department of Labor<br>200 Constitution Ave., N.W.<br>Washington, D.C. 20210,<br><br>         Plaintiff,<br><br>v.<br><br>THE UNION LABOR LIFE<br>INSURANCE COMPANY<br>1625 I Street, N.W.<br>Washington, DC 20006,<br><br>         Defendant. | Civil Action No. _____ |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter of the appearance of Thomas S. Gigot as counsel in this case for The Union Labor Life Insurance Company.

November 16, 2007

Respectfully submitted,

_____
THOMAS S. GIGOT
D.C. Bar No. 384668
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 861-6624
(202) 659-4503 (fax)
e-mail: tgigot@groom.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November 2007, a true and correct copy of the foregoing was served via electronic mail and first-class mail, postage prepaid, and addressed as follows:

> Timothy D. Hauser
> Associate Solicitor
> Plan Benefits Security Division
> Office of the Solicitor
> U.S. Department of Labor
> 200 Constitution Avenue, N.W.
> Room N-4611
> Washington, DC  20210
> Hauser.Timothy@dol.gov


> Kristen Lindberg
> Trial Attorney
> Plan Benefits Security Division
> Office of the Solicitor
> U.S. Department of Labor
> 200 Constitution Avenue, N.W.
> Room N-4611
> Washington, DC  20210
> Lindberg.Kristen@dol.gov

_____
THOMAS S. GIGOT

2