UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELAINE L. CHAO,<br>Secretary of the United States<br>Department of Labor<br>200 Constitution Ave., N.W.<br>Washington, D.C. 20210,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNION LABOR LIFE<br>INSURANCE COMPANY<br>1625 I Street, N.W.<br>Washington, DC 20036,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE RULES OF**
**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for The Union Labor Life Insurance Company ("Union Labor Life"), certify that to the best of my knowledge, information and belief, there are no parent companies, subsidiaries or affiliates of Union Labor Life which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

November 16, 2007

                                           /s/ Thomas S. Gigot
                                         THOMAS S. GIGOT
                                         D.C. Bar No. 384668
                                         GROOM LAW GROUP, CHARTERED
                                         1701 Pennsylvania Avenue, N.W.
                                         Washington, D.C. 20006
                                         (202) 861-6624

                                         Attorney for The Union Labor Life Insurance
                                         Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November 2007, a true and correct copy of the foregoing was served via electronic mail and first-class mail, postage prepaid, and addressed as follows:

        Timothy D. Hauser
        Associate Solicitor
        Plan Benefits Security Division
        Office of the Solicitor
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Room N-4611
        Washington, DC  20210
        Hauser.Timothy@dol.gov

        Kristen Lindberg
        Trial Attorney
        Plan Benefits Security Division
        Office of the Solicitor
        U.S. Department of Labor
        200 Constitution Avenue, N.W.
        Room N-4611
        Washington, DC  20210
        Lindberg.Kristen@dol.gov

_____
THOMAS S. GIGOT